Zimmermann v. Kreinek, 183 Ill. App. 205.

## Statement of the Case.

Action by Richmond-Smith Company, a corporation, against William J. Richardson and Mat Anderson to recover for milk sold and delivered to defendants by plaintiff. Service was had only on William J. Richardson. From a judgment in favor of William J. Richardson, plaintiff brings error.

William A. Bowles and James E. Bowles, for plaintiff in error; William L. Hart, of counsel.

Jones, Bryant, Kerner, Ring & Posvic, for defendant in error.

Mr. Justice Clark delivered the opinion of the court.

## Abstract of the Decision.

1. Sales, § 15*—*when contract of sale not void for want of mutuality.* A contract for the sale of milk consisting of a written order signed by two persons requesting seller to ship milk daily to one of the two, the schedule of price being given and there being incorporated an agreement to receive the milk during a certain period of time, *held* not void for want of mutuality.°

2. Appeal and error, § 367*—*when defenses not reviewable.* Defenses alleged in affidavit of merits not relied upon at the trial cannot be considered.

---

## Frank Zimmermann, Defendant in Error, v. Andrew Kreinek, Plaintiff in Error.

### Gen. No. 18,666.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. Arnold Heap, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1912. Affirmed. Opinion filed November 4, 1913.

*See Illinois Notes Digest, Vols. XI to XIV, same topic and section number.

### Statement of the Case.

Action by Frank Zimmermann against Andrew Kreinek to recover upon an oral guaranty in which defendant undertook to reimburse plaintiff for any loss sustained by plaintiff by reason of his purchase of a saloon business. From a judgment in favor of plaintiff for two hundred dollars defendant brings error.

ELMER O. RATHFON, for plaintiff in error.

FRANK FOSTER, for defendant in error.

MR. JUSTICE CLARK delivered the opinion of the court.

### Abstract of the Decision.

INDEMNITY, § 18*—*form of action.* An oral guaranty whereby one party agrees to reimburse another for any loss the latter might sustain by reason of purchasing from the former a certain saloon business, *held* a transaction between vendor and vendee, and not a transaction between partners in equity.

---

### Allie M. Best, Executrix, Plaintiff in Error, v. William C. Hunter, Defendant in Error.

### Gen. No. 18,700.   (Not to be reported in full.)

Error to the Circuit Court of Cook county; the Hon. GEORGE A. CARPENTER, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1912. Affirmed. Opinion filed November 4, 1913.

### Statement of the Case.

Action by Allie M. Best, executrix of the estate of